# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **PAUL BURELL,** | Case No. **2:14-cv-06370-PLA** |
| Plaintiff, | **ORDER** |
| vs. | |
| **MID AMERICA BANK & TRUST COMPANY; and DOES 1 to 20, INCLUSIVE,** | |
| Defendant. | |

IT IS HEREBY ORDERED that pursuant to the Stipulation of the parties to dismiss this case with prejudice pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(ii), the entire case is dismissed with prejudice and the Order to Show Cause (Dkt. 14) is discharged. Each party shall bear their own costs and expenses.

Dated this 10th day of November, 2014.

*Paul L. Abrams*

_____

The Honorable Judge Paul L. Abrams